UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **In the Matter of an Application for a Search and Seizure Warrant** | Case No. 3:22-mj-960 (MEG) |
| | January 25, 2023 |

## MOTION TO UNSEAL

The United States respectfully requests that the captioned matter, which was originally ordered sealed until March 4, 2023, by United States Magistrate Judge Maria E. Garcia, be unsealed. The underlying matter is now a matter of public record, and there is accordingly no longer a basis for the continued sealing of this matter.

Respectfully submitted,

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

_____
DANIEL E. CUMMINGS
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. phv206702
157 Church Street, 25th Floor
New Haven, CT 06510
Tel: (203) 821-3700
Fax: (203) 773- 5376
Daniel.Cummings@usdoj.gov